BRIAN W. EASTON, ESQ. (Bar #179881)
GABRIEL M. MENDOZA, ESQ. (Bar #300821)
MANI S. NAVAB, ESQ. (Bar #298829)
**EASTON & EASTON, LLP**
650 Town Center Drive, Suite 1850
Costa Mesa, CA 92626
(714) 850-4590
(714) 850-1978 [FAX]

Attorneys for Plaintiff, IRMA HERNANDEZ

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRMA HERNANDEZ,<br><br>           Plaintiff,<br><br>vs.<br><br>COSTCO WHOLESALE CORPORATION, HILL PHOENIX, INC., and DOES 1 through 100, inclusive,<br><br>           Defendants. | Case No.: 8:21-cv-00068 JVS (KESx)<br>(Orange County Superior Court Case No.: 30-2020-01169307-CU-PO-CJC)<br>Assigned for all purposes to:<br>District Judge James V. Selna and Magistrate Judge Karen E. Scott<br>Courtroom:  10C<br>Filed: 11/9/20<br><br>**NOTICE OF SETTLEMENT** |

TO THE HONORABLE COURT:

   Notice is hereby given that Plaintiff IRMA HERNANDEZ ("Plaintiff") and Defendants COSTCO WHOLESALE CORPORATION, HILL PHOENIX, INC., (and with Plaintiff, the "Parties") have reached a settlement of each of Plaintiff's claims asserted in this lawsuit. The Parties anticipate the settlement will be finalized within the next 45 days. The Parties respectfully request that the Court vacate all upcoming motion, hearing, pretrial and trial dates and deadlines pending finalization of the settlement.

///

///

///

///

| | |
|---|---|
| Date: JUNE 2, 2022 | EASTON & EASTON, LLP |
| | By: */s/ Gabriel M. Mendoza* |
| | BRIAN W. EASTON |
| | GABRIEL M. MENDOZA |
| | MANI S. NAVAB |
| | Attorneys for Plaintiff, |
| | IRMA HERNANDEZ |
| | |
| Date: JUNE 2, 2022 | TYSON & MENDES, LLP |
| | By: */s/ Jennifer H. Yeung* |
| | RICHARD G. SOMES |
| | JENNIFER H. YEUNG |
| | ATTORNEYS FOR DEFENDANT COSTCO WHOLESALE CORPORATION |
| | |
| Date: JUNE 2, 2022 | MURPHY ROSEN LLP |
| | By: */s/ Paul D. Murphy* |
| | PAUL D. MURPHY |
| | MARIO HORWITZ |
| | ATTORNEYS FOR DEFENDANT |
| | HILL PHOENIX, INC. |

Pursuant to Local Rule 5-4.3.4(a) (2)(i), the filer attests that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content, and have authorized the filing.

**NOTICE OF SETTLEMENT**